No. 253, October Term, 1948. UNITED STATES *v.* PENN FOUNDRY & MANUFACTURING CO., INC., 337 U. S. 198.

Petition for rehearing or for modification of judgment remanding case for additional findings denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.